# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 16-16682-AMC

GARRY CORE

907 Macdade Blvd

Lansdowne, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    GARRY CORE

    907 Macdade Blvd

    Lansdowne, PA 19050

Counsel for debtor(s), by electronic notice only.

    MARK MATTHEW BILLION
    BILLION LAW
    922 NEW ROAD  STE 2
    WILMINGTON, DE 19805-

                                                /S/ William C. Miller

Date: 3/30/2017                                 _____

                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee