## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Garry Core      Debtor<br><br>MIDFIRST BANK      Movant<br><br>           vs.<br><br>Garry Core      Debtor | CHAPTER 13<br><br><br><br>NO. 16-16682 AMC<br><br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of MIDFIRST BANK to Confirmation of Chapter 13 Plan, which was filed with the Court on or about March 10, 2017 (Doc. No. 31).

                                                                   Respectfully submitted,

                                                                   **/s/ Matteo S. Weiner, Esquire**
                                                                   Matteo S. Weiner, Esquire
                                                                   Brian C. Nicholas, Esquire
                                                                   Attorneys for Movant
                                                                   KML Law Group, P.C.
                                                                   BNY Mellon Independence Center
                                                                   701 Market Street, Suite 5000
                                                                   Philadelphia, PA  19106
                                                                   215-627-1322

August 14, 2017