| | |
|---|---|
| REQUESTOR'S NAME: | Wells Fargo Bank, N.A. |
| CORRESPONDENCE ADDRESS: | Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-8650 |
| TELEPHONE NO.: | 888-715-4315 |

## UNITED STATES BANKRUPTCY COURT
## EASTERN   DISTRICT OF PENNSYLVANIA

| In re:<br>GARRY CORE | Case No.: 16-16682 |
| --- | --- |
| | Chapter: 13 |
| | PAYMENT REMITTANCE CHANGE OF ADDRESS NOTICE |

Court's Claim Number: **6**

Proof of Claim Amount: **$36,605.77**

NEW ADDRESS:   Wells Fargo Payment Remittance Center
PO Box 51174
Los Angeles, CA 90051

Dated: 01/18/2018

/s/ Veronica Pacheco
Signature

V/P :Loan Administration Manager
Title