IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        )
                                              )
   Garry Core                               )   Case No. 16-16682-amc
                                              )
   Chapter 13 Debtor.                       )

**ORDER: APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY MARK BILLION & BILLION LAW**

AND NOW, this __10th__ day of __May__, 2018, upon consideration of the captioned APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY MARK BILLION & BILLION LAW, pursuant to Section 330 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $2,555.00 and advanced costs in the amount of $0.00.

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies to:
**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**William C. MILLER**
1234 Market Street
Suite 1813
Philadelphia, PA 19107

**Mark M. Billion, Esquire**
922 New Road, Fl. 2
Wilmington, DE 19805

**Garry Core**
907 Macdade Blvd
Lansdowne, PA 19050