United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Garry Core  
    Debtor

Case No. 16-16682-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina    Page 1 of 1    Date Rcvd: May 10, 2018  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2018.
db    +Garry Core,    907 Macdade Blvd,    Lansdowne, PA 19050-3721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2018 at the address(es) listed below:
     BRIAN CRAIG NICHOLAS    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
     MARK MATTHEW BILLION    on behalf of Debtor Garry Core markbillion@billionlaw.com, mmb21167@fastpacer.us  
     MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com, ahight@schillerknapp.com;kcollins@schillerknapp.com  
     MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
     THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
     TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Garry Core | ) | Case No. 16-16682-amc |
| | ) | |
| Chapter 13 Debtor. | ) | |

**ORDER: APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY MARK BILLION & BILLION LAW**

AND NOW, this __10th__ day of __May__, 2018, upon consideration of the captioned APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY MARK BILLION & BILLION LAW, pursuant to Section 330 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $2,555.00 and advanced costs in the amount of $0.00.

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies to:
**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**William C. MILLER**
1234 Market Street
Suite 1813
Philadelphia, PA 19107

**Mark M. Billion, Esquire**
922 New Road, Fl. 2
Wilmington, DE 19805

**Garry Core**
907 Macdade Blvd
Lansdowne, PA 19050