# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-16682-AMC

GARRY CORE

907 MACDADE BLVD

LANSDOWNE, PA 19050

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

GARRY CORE

907 MACDADE BLVD

LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

MARK MATTHEW BILLION
BILLION LAW
922 NEW ROAD  STE 2
WILMINGTON, DE 19805-

Date: 3/25/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee