## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Garry Core, | : | Bankruptcy No. 15-12848-AMC |
| | : | Re: Docket #80 |
|                   Debtor. | : | |

### OBJECTION: MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS

1. At this juncture, per the Debtor, the only payment outstanding is April. He will make the same prior to the hearing.

2. For the foregoing reasons, he asks that objection be overruled.

DATED: 8 APRIL 2018　　　　　　　　　　　　/s/ Mark M. Billion #315152
　　　　　　　　　　　　　　　　　　　　　BILLION LAW
　　　　　　　　　　　　　　　　　　　　　922 New Road, Fl. 2
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19805
　　　　　　　　　　　　　　　　　　　　　Tel: 302.428.9400
　　　　　　　　　　　　　　　　　　　　　Fax: 302.450.4040
　　　　　　　　　　　　　　　　　　　　　markbillion@billionlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Garry Core, | : | Bankruptcy No. 15-12848-AMC |
| | : | Re: Docket #80 |
| Debtor. | : | |

**ORDER: MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS**

Upon consideration of the motion and objection thereto, it is hereby ORDERED that the captioned motion is DENIED.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:
**Garry Core**
907 Macdade Blvd
Lansdowne, PA 19050

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**William C. Miller, Trustee**
1234 Market Street, Suite 1813
Philadelphia, PA 19107

**Mark M. Billion, Esquire**
922 New Road, Fl. 2
Wilmington, DE 19805

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Garry Core, | : | Bankruptcy No. 15-12848-AMC |
| | : | Re: Docket #80 |
| Debtor. | : | |

**COS: MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS**

A copy of the captioned application was served on all parties having appeared herein by CM/ECF and further upon the following via U.S. Post, First Class:

**Garry Core**
907 Macdade Blvd
Lansdowne, PA 19050

**William C. Miller, Trustee**
1234 Market Street, Suite 1813
Philadelphia, PA 19107

DATED: 8 APRIL 2019      /s/ Mark M. Billion #315152
BILLION LAW
922 New Road, Fl. 2
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com