## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Garry Core<br>　　　　　　　　Debtor(s)<br><br>MIDFIRST BANK, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br><br>Garry Core<br>　　　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 16-16682 AMC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of MIDFIRST BANK, which was filed with the Court on or about **4/12/19**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　412-430-3594

June 25, 2019