# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Garry Core, | : | Bankruptcy No. 16-16682-AMC |
| | : | Re: Docket #80 |
|            Debtor. | : | |

## OBJECTION: MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS

1. At this juncture, I have moved to withdraw. I would ask that this matter proceed to hearing so that Mr. Core can present his case.

2. For the foregoing reasons, he asks that objection be overruled.

DATED: 9-23-19                             /s/ Mark M. Billion #315152
                                                BILLION LAW
                                                922 New Road, Fl. 2
                                                Wilmington, DE 19805
                                                Tel: 302.428.9400
                                                Fax: 302.450.4040
                                                markbillion@billionlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | : | Chapter 13 |
|---|---|---|
| Garry Core, | : | Bankruptcy No. 16-16682-AMC |
|  | : | Re: Docket #80 |
| Debtor. | : |  |

**ORDER: MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS**

Upon consideration of the motion and objection thereto, it is hereby ORDERED that the captioned motion is DENIED.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:
**Garry Core**
907 Macdade Blvd
Lansdowne, PA 19050

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**William C. Miller, Trustee**
1234 Market Street, Suite 1813
Philadelphia, PA 19107

**Mark M. Billion, Esquire**
922 New Road, Fl. 2
Wilmington, DE 19805

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Garry Core, | : | Bankruptcy No. 16-16682-AMC |
| | : | Re: Docket #80 |
| Debtor. | : | |

**COS: MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS**

A copy of the captioned application was served on all parties having appeared herein by CM/ECF and further upon the following via U.S. Post, First Class:

**Garry Core**
907 Macdade Blvd
Lansdowne, PA 19050

**William C. Miller, Trustee**
1234 Market Street, Suite 1813
Philadelphia, PA 19107

DATED: 9/23/19                    /s/ Mark M. Billion #315152
                                               BILLION LAW
                                               922 New Road, Fl. 2
                                               Wilmington, DE 19805
                                               Tel: 302.428.9400
                                               Fax: 302.450.4040
                                               markbillion@billionlaw.com