# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :        Chapter 13
    Garry Core,                         :        Bankruptcy No. 16-16682-AMC
                                                    :
    Debtor.                              :

## MOTION TO WITHDRAW AS COUNSEL

**NOW COMES**, Mark M. Billion, Esquire of Billion Law, counsel for Debtor and moves to withdraw from representation, and in support thereof states:

1. I represented the debtor in connection with the captioned Chapter 13 case. My representation included preparation of the petitions, representation at the meeting of creditors, and seeing the matter to final confirmation.

2. Subsequent thereto, the Debtor has become delinquent on his plan obligations on more than one occasion. The Debtor has indicated that he intends to hire another attorney to advise him with respect to these matters.

**WHEREFORE**, Mark M. Billion, Esquire, of Billion Law respectfully requests that the Court enter an Order granting the *Motion to Withdraw as Counsel*.

9/23/19                                         BILLION LAW

                                                              /s/ Mark M. Billion
                                                              Mark M. Billion, Esquire
                                                              Bar ID No. 5263
                                                              922 New Road
                                                               Wilmington, DE 19805
                                                               (302) 428-9400
                                                               Fax: (302) 450-4040

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :        Chapter 13
   Garry Core,                  :        Bankruptcy No. 16-16682-AMC
                                                   :
      Debtor.              :

### **ORDER: MOTION TO WITHDRAW AS COUNSEL**

Upon the captioned motion and responses (if any), the captioned motion is hereby GRANTED and it is ordered that:

Mark Billion and/or Billion Law is hereby no longer counsel for the Debtor.

Dated: _____, 2019                                        _____, J.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                : Chapter 13
   Garry Core,                    : Bankruptcy No. 16-16682-AMC
                                     :
       Debtor.                    :

## CERTIFICATE OF SERVICE: MOTION TO WITHDRAW AS COUNSEL

A copy of the captioned motion has been served on all entities having appeared by CM/ECF and further by U.S. Post upon:

**Garry Core**
907 Macdade Blvd
Lansdowne, PA 19050

**William C. Miller, Trustee**
1234 Market Street, Suite 1813
Philadelphia, PA 19107

September 23, 2019

                                                           BILLION LAW

                                                           /s/ Mark M. Billion
                                                           Mark M. Billion, Esquire
                                                           Bar ID No. 5263
                                                          922 New Road
                                                          Wilmington, DE 19805
                                                          (302) 428-9400
                                                          Fax: (302) 450-4040