# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                         *

    Garry Core,                          *     Bankruptcy No. 16-16682-AMC

    Chapter 13 Debtor.              *

## NOTICE: MOTION TO WITHDRAW AS COUNSEL

This matter will be heard on November 19, 2019 at 10 a.m. at the United States Bankruptcy Court District for the Eastern District of PA; Robert N.C. Nix Sr. Federal Courthouse; 900 Market Street, Suite 204; Philadelphia, PA 19107.  Objections, if any, are due October 8, 2019.

Please serve a copy of any objection on the undersigned at the address below, and further file the same with the Clerk of the U.S. Bankruptcy Court, 900 Market Street, Suite 204; Philadelphia, PA 19107.

*Absent timely objection, the relief requested herein may be granted without further notice or hearing.*

October 15, 2019

                                          BILLION LAW

                                          /s/ Mark M. Billion
                                          Mark M. Billion, Esquire
                                          Bar ID No. 5263
                                          922 New Road
                                          Wilmington, DE 19805
                                          (302) 428-9400
                                          Fax:            (302)            450-4040

Case 16-16682-amc    Doc 87    Filed 10/15/19    Entered 10/15/19 09:02:37    Desc Main
Document      Page 2 of 3

CERTIFICATE OF SERVICE

A copy of this document has been served on all entities having appeared by CM/ECF and further by U.S. Post upon:

**Garry Core**
907 Macdade Blvd
Lansdowne, PA 19050

**William C. Miller, Trustee**
1234 Market Street, Suite 1813
Philadelphia, PA 19107

October 15, 2019

BILLION LAW

/s/ Mark M. Billion
Mark M. Billion, Esquire
Bar ID No. 5263
922 New Road
Wilmington, DE 19805
(302) 428-9400
Fax: (302) 450-4040