**LOCAL BANKRUPTCY FORM 9014-3**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :        Chapter    13
    Garry Core                              :
        Debtor                              :        Bankruptcy No.    16-16682-amc

\* \* \* \* \* \* \*

AMENDED
NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Mark M. Billion .    has filed    Motion to Withdraw as Attorney    with the court for    relief from his role as Debtor's counsel.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before    11-11-19    you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at

Clerk of the U.S. Bankruptcy Court, 900 Market Street, Suite 204; Philadelphia, PA 19107.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

        Mark M. Billion, Esquire
        922 New Road
        Wilmington, DE 19805
        (302) 428-9400
        Fax: (302) 450-4040

[If applicable, name and address of others to be served.]

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable (name of bankruptcy judge) on 11-19-19 at 10 AM in Courtroom 4, United States Bankruptcy Court,

Robert N.C. Nix Sr. Federal Courthouse; 900 Market Street, Suite 204; Philadelphia, PA 19107

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office(s) in Philadelphia at 215-408-2800 or Reading at 610 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: 10-15-19, ..................

BILLION LAW

/s/ Mark M. Billion
Mark M. Billion, Esquire
Bar ID No. 315152
922 New Road
Wilmington, DE 19805
(302) 428-9400
Fax: (302) 450-4040

# CERTIFICATE OF SERVICE

A copy of this document has been served on all entities having appeared by CM/ECF and further by U.S. Post upon:

**Garry Core**
907 Macdade Blvd
Lansdowne, PA 19050

**William C. Miller, Trustee**
1234 Market Street, Suite 1813
Philadelphia, PA 19107

October 15, 2019

BILLION LAW

/s/ Mark M. Billion
Mark M. Billion, Esquire
Bar ID No. 5263
922 New Road
Wilmington, DE 19805
(302) 428-9400
Fax: (302) 450-4040