IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| Garry Core, ) | Case No.    16-16682-amc |
| Debtor. ) | Chapter 13 |

**PRAECIPE OF WITHDRAWAL: DN 87**

1. The captioned document is hereby withdrawn.

October 15, 2019                                  BILLION LAW

_Mark M. Billion (DE Bar No. 5263)_
922 New Road; Suite 2
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Debtors*

.