# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            *

   Garry Core,                      *         Bankruptcy No. 16-16682-AMC

   Chapter 13 Debtor.               *

## CERTIFICATE OF NO RESPONSE: MOTION TO WITHDRAW AS COUNSEL

I, Mark M. Billion, Esquire, attorney and movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor(s) or the Trustee to the Motion to Withdraw as Attorney filed on 09/23/2019 (Doc. No. 85). The deadline for filing an objection or other response was October 8, 2019.

I ask that the order attached hereto as Exhibit A be entered.

11-11-19

BILLION LAW

/s/ Mark M. Billion
Mark M. Billion, Esquire
Bar ID No. 5263
922 New Road
Wilmington, DE 19805
(302) 428-9400
Fax:           (302)           450-4040

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :        Chapter 13
   Garry Core,                                  :        Bankruptcy No. 16-16682-AMC
                                                     :
       Debtor.                                   :

### ORDER: MOTION TO WITHDRAW AS COUNSEL

Upon the captioned motion and responses (if any), the captioned motion is hereby GRANTED and it is ordered that:

Mark Billion and/or Billion Law is hereby no longer counsel for the Debtor.

Dated: _____, 2019                              _____, J.

CERTIFICATE OF SERVICE

A copy of this document has been served on all entities having appeared by CM/ECF and further upon:

**Garry Core**

907 Macdade Blvd

Lansdowne, PA 19050

Via US POST

**William C. Miller, Trustee**

1234 Market Street, Suite 1813

Philadelphia, PA 19107

Via CMECF

11-11-2019

                                                           BILLION LAW

                                                          /s/ Mark M. Billion

                                                          Mark M. Billion, Esquire

                                                          Bar ID No. 5263

                                                          922 New Road

                                                          Wilmington, DE 19805

                                                          (302) 428-9400

                                                          Fax: (302) 450-4040