# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              *

   Garry Core,                     *       Bankruptcy No. 16-16682-AMC

   Chapter 13 Debtor.              *

## LIMITED RESPONSE: MOTION FOR RELIEF FROM STAY DN 92

I, Mark M. Billion, Esquire, have moved to withdraw as the Debtor has stated that he no longer wishes my services. I was not engaged to respond to this MFR.

Notwithstanding the foregoing, I did contact the lender's attorney as ask that this matter be heard in the event that Mr. Core, who has been informed but has not responded, appear.

Should the court require any further information, please do not hesitate to contact me.

11-11-19

                                                     BILLION LAW

                                                     /s/ Mark M. Billion
                                                     Mark M. Billion, Esquire
                                                     Bar ID No. 5263
                                                     922 New Road
                                                     Wilmington, DE 19805
                                                     (302) 428-9400
                                                     Fax: (302) 450-4040

# CERTIFICATE OF SERVICE

A copy of this document has been served on all entities having appeared by CM/ECF and further upon:

**Garry Core**
907 Macdade Blvd
Lansdowne, PA 19050
Via US POST

**William C. Miller, Trustee**
1234 Market Street, Suite 1813
Philadelphia, PA 19107
Via CMECF

Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Via CMECF

11-11-2019

BILLION LAW

/s/ Mark M. Billion
Mark M. Billion, Esquire
Bar ID No. 5263
922 New Road
Wilmington, DE 19805
(302) 428-9400
Fax: (302) 450-4040