**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            **Chapter 13**
GARRY CORE


                        **Debtor**          **Bankruptcy No.** 16-16682-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


**Date: November 20, 2019**

_____
                    Ashely M. Chan
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARK MATTHEW BILLION
BILLION LAW
922 NEW ROAD  STE 2
WILMINGTON, DE 19805-


Debtor:
GARRY CORE

907 MACDADE BLVD

LANSDOWNE, PA 19050