```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                       Case No. 16-16682-amc
Garry Core                                                   Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Lisa              Page 1 of 2              Date Rcvd: Nov 20, 2019
                              Form ID: pdf900         Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
db             +Garry Core,    907 Macdade Blvd,    Lansdowne, PA 19050-3721
cr             +WELLS FARGO BANK, N.A.,    P.O. Box 29482,    Phoenix, AZ 85038-9482
13795269       +Academic Emergency Physicians,    PO BOX    827294,    Philadelphia, PA 19182-0001
13795270      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
13858481       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13795271        Bk Of Amer,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
13795272       +Bmw Bank Of North Amer,    2735 E Parleys Ways Ste,    Salt Lake City, UT 84109-1666
13795274       +Cap1/bstby,    Po Box 6497,    Sioux Falls, SD 57117-6497
13795275       +Cap1/casml,    Po Box 30253,    Salt Lake City, UT 84130-0253
13795276       +Cap1/micro,    P O Box 703,    Wood Dale, IL 60191-0703
13795279       +Chase Card,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
13795278       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13795280       +Chase/circuitcity,    Po Box 15298,    Wilmington, DE 19850-5298
13795281       +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13795282       +Citizens Bank,    Attn: Bankruptcy Dept,    443 Jefferson Blvd Ms Rjw-135,
                 Warwick, RI 02886-1321
13865144       +Citizens Bank,    c/o Charles M. Koutsogiane, AVP,    One Citizens Dr,    Managed Assets ROP30B,
                 Riverside, RI 02915-3026
13795286        Elan Financial Service,    Cb Disputes,    Saint Louis, MO 63166
13795287      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Corporation,     Ford Motor Credit,    Po Box 6275,
                 Dearborn, MI 48121)
13815558       +Joshua I. Goldman Esquire,    c/o Midland Mortgage as servicer for Mid,
                 701 Market Street ste 50000,    Philadelphia Pa 19106-1538
13795291       +Mercy Fitzgerald Hospital,    PO BOX 822967,    Philadelphia, PA 19182-2967
13795292       +Mercy Physician Network,    PO BOX 824270,    Philadelphia, PA 19182-4270
13795293       +Mercy Physicians Practice Network,    PO BOX 824270,    Philadelphia, PA 19182-4270
13835305       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13795294       +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
13795296       +NTB/CBSD,    CitiCards Private Label Centralized Bank,    Po Box 20507,
                 Kansas City, MO 64195-0507
13795295       +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
13811507        Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
13795298       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13795299       +Premier Anesthesia of Pennsylvania,    PO BOX 741467,    Atlanta, GA 30374-1467
13795300       +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd Ms: Rjw-135,
                 Warwick, RI 02886-1321
13795301       +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13808089       +TD Auto Finance LLC,    Trustee Payment Dept., PO Box 16041,    Lewiston, ME 04243-9523
13808074       +TD Auto Finance LLC,    c/o Schiller, Knapp, Lefkowitz,    & Hertzel, LLP,
                 950 New Loudon Road, Suite 109,    Latham, NY 12110-2190
13795305       +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
13795306       +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
13826468        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA   50306-0438
13816746       +Wells Fargo Bank, N.A.,    PO Box 51174,    Los Angeles CA 90051-5474
13795307       +Wells Fargo Home Projects Visa,    Wells Fargo Financial,    1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 21 2019 04:11:58      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2019 04:11:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 21 2019 04:11:48      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 04:15:39      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13795277       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 21 2019 04:15:31      Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
13795283       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 21 2019 04:11:24      Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
13795284       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 21 2019 04:12:05
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13805338        E-mail/Text: mrdiscen@discover.com Nov 21 2019 04:11:14      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13795285       +E-mail/Text: mrdiscen@discover.com Nov 21 2019 04:11:14      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
```

```
District/off: 0313-2          User: Lisa              Page 2 of 2              Date Rcvd: Nov 20, 2019
                              Form ID: pdf900         Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13795288       +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 04:16:25      GECRB/JC Penny,
                 Attention:  Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
13795289       +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 04:15:39      GECRB/Lowes,
                 Attention:  Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
13795290       +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 04:16:27      Gemb/Home Depot,   Po Box 103104,
                 Roswell, GA 30076-9104
13839917       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 21 2019 04:11:21      PECO Energy Company,
                 Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13857790        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2019 04:16:22
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13796453        E-mail/PDF: rmscedi@recoverycorp.com Nov 21 2019 04:16:22
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13795302       +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 04:16:23      Syncb/belk,   4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
13795303       +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 04:16:25      Syncb/sync Bank Loc,
                 Po Box 965005,   Orlando, FL 32896-5005
13795304       +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 04:15:36      Syncb/walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
                                                                                               TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13795273       Cap1/bstby
13795297       PECO
                                                                                               TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:

```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MARK MATTHEW BILLION    on behalf of Debtor Garry  Core markbillion@billionlaw.com,
           mmb21167@fastpacer.us
          MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC kcollins@schillerknapp.com,
           acarmany@schillerknapp.com;bfisher@schillerknapp.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 9
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>GARRY CORE | Chapter 13 |
| Debtor | Bankruptcy No. 16-16682-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 20, 2019**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARK MATTHEW BILLION
BILLION LAW
922 NEW ROAD  STE 2
WILMINGTON, DE 19805-

Debtor:
GARRY CORE

907 MACDADE BLVD

LANSDOWNE, PA 19050